**Electronically Filed
Supreme Court
SCWC-18-0000064
27-MAY-2020
12:08 PM**

SCWC-18-0000064

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JOHN PATRICK KEY,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000064; CASE NO. 1DTA-16-00551)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on March 30, 2020, is hereby rejected.

DATED: Honolulu, Hawai'i, May 27, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

